UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-282-D-2

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAWRENCE T. BROWN | ) | |

The Court having considered the Defendant's Motion to Attend Funeral and the government having no objection, the Motion is GRANTED and it is hereby ORDERED that the United States Marshal's Service may escort the Defendant to the funeral services of his grandmother, Doll Wright, on Monday, December 11, 2017 beginning at 12:30 p.m. at the Lea Funeral Home Chapel, 2500 Poole Road, Raleigh, North Carolina.

SO ORDERED this the __6__ day of December, 2017.

James C. Dever, III
Chief United States District Judge