UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-282-D-2

| UNITED STATES OF AMERICA | ) |       |
|---|---|---|
|   | ) |       |
| v. | ) | ORDER |
|   | ) |       |
| LAWRENCE T. BROWN | ) |       |

The Court having considered the Defendant's Motion to Reschedule and the government having no objection, the Motion is hereby GRANTED and it is hereby ORDERED that the sentencing be rescheduled to __1:00 p.M. on March 5, 2018__.

SO ORDERED this the __27__ day of February, 2018.

James C. Dever, III
Chief United States District Judge