IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-282-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAWRENCE T. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

The court received letters from defendant requesting a copy of the docket, judgment, sentencing minutes, and transcripts pertaining to his case. See [D.E. 82, 84, 85]. "An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833–34 (4th Cir. 1964).

On June 5, 2018 and July 30, 2018, the clerk mailed instructions with copy and transcript fee amounts to defendant [D.E. 83, 86]. To the extent defendant's letters could be construed as motions to obtain documents without charge, the motions are DENIED.

SO ORDERED. This 18 day of January 2019.

JAMES C. DEVER III
United States District Judge